UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIKODI CHIMA,<br><br>   Plaintiff,<br><br> v.<br><br>JOHN DAVID PERKINS, LMFT,<br><br>   Defendant. | Case No. 25-cv-06385-TSH<br><br>**ORDER RE: CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO REQUEST SCREENING**<br><br>Re: Dkt. No. 15 |

On August 1, 2025, the Court granted Plaintiff Chikodi Chima's application to proceed in forma pauperis and screened his original complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 9. Plaintiff has now filed a First Amended Complaint, ECF No. 12, which the Court has yet to screen. In the meantime, City and County of San Francisco has filed an administrative motion requesting the Court screen Plaintiff's amended complaint under 28 U.S.C. § 1915(e) to clarify who is a defendant to this action, and to state that until the screening order, no motions or responsive pleadings by any parties or non-parties are required. ECF No. 15.

A court must dismiss an in forma pauperis complaint before service of process if it "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(i)-(iii). As such, no summons shall be issued by the Clerk of Court and no Defendants are to be served until the Court screens Plaintiff's First Amended Complaint. Accordingly, the Court finds the City's motion unnecessary and directs the Clerk of Court to terminate it as moot. However, the Court clarifies that no motions or responsive pleadings by any parties or non-parties are required without further order of the Court. Further, because Plaintiff seeks to proceed in forma pauperis, the Court instructs him that he should not attempt service on any party or non-party,

unless he withdraws his request to proceed in forma pauperis and pays the $405 filing fee.

**IT IS SO ORDERED.**

Dated: September 23, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge